# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

NORMA HARRELL, et al.,

*Plaintiffs,*

v.

WELLS FARGO BANK, N.A.,

*Defendant.*

Civil Action No. 19-01417 (JMV)

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 27th day of December, 2019,

**ORDERED** that Defendant's motion to dismiss, D.E. 8, is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint, D.E. 1, is **DISMISSED**; and it is further

**ORDERED** that Plaintiff Harrell's claims are **DISMISSED with prejudice** due to lack of standing; and it is further

**ORDERED** that this case shall be severed into four separate actions for the four remaining Plaintiffs (Johnson, Merriweather, Kajla, and Rodrigues); and it is further

**ORDERED** that the Clerk shall open four new actions under new docket numbers; and it is further

**ORDERED** that the Clerk shall file a copy of this Order and the accompanying Opinion in each of the four new actions; and it is further

**ORDERED** that Plaintiffs Johnson, Merriweather, Kajla, and Rodrigues shall each have thirty (30) days to file an amended complaint, which cure the deficiencies noted in the accompanying Opinion. As noted, each Plaintiff must file his/her own amended complaint under

his/her separate docket number. If any Plaintiff fails to do so, his/her case will be dismissed with prejudice; and it is further

**ORDERED** that if Plaintiffs Johnson, Merriweather, Kajla and Rodrigues choose to file individual amended complaints, each Plaintiff must pay his or her own filing fee upon filing his/her own amended complaint or file an *in forma pauperis* application with the Court; and it is further

**ORDERED** that the Clerk's Office shall mail a copy of this Order and the accompanying Opinion to all Plaintiffs by regular mail and certified mail return receipt.

John Michael Vazquez, U.S.D.J.